USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/27/2026___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CASTILLO,

                    Plaintiff,

            -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

**ORDER**

25-CV-10504 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 17, 2026, the Commissioner of Social Security filed the Administrative Record and the deadline for Plaintiff to file her brief was set for March 19, 2026.  ECF No. 12.  To date, Plaintiff has not filed her opening brief nor has she sought an extension of time to do so.

Because Plaintiff is proceeding *pro se*, the Court grants a courtesy extension of time for Plaintiff to file her opening brief.  Plaintiff's opening brief is due by **April 10, 2026**; the Government's brief is due by **May 11, 2026**; and Plaintiff's reply is due by **June 1, 2026**.

Plaintiff is warned that failure to file her opening brief by the April 10, 2026 deadline could result in the dismissal of this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

1

**SO ORDERED.**

Dated: March 27, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2