UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CASTILLO,

                    Plaintiff,

        -v-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/13/2026_

**ORDER**

25-CV-10504 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On February 17, 2026, the Commissioner of Social Security filed the Administrative Record and the deadline for Plaintiff to file her brief was set for March 19, 2026.  ECF No. 12.  By Order dated March 27, 2026, the Court granted a courtesy extension of the deadline for Plaintiff to file her opening brief to April 10, 2026.  ECF No. 14.  To date, Plaintiff has not filed her opening brief, nor has she sought an extension of time to do so.

Plaintiff is directed to file a letter on the docket by **April 24, 2026** showing cause as to why the undersigned should not dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b).  **Failure to respond to this order by April 24, 2026 may result in dismissal of this case.**

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* litigant.

1

**SO ORDERED.**

Dated: April 13, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge