UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CASTILLO,

                Plaintiff,

       -v-

COMMISSIONER OF SOCIAL SECURITY,

             Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/26
```

**ORDER**

25-CV-10504 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court is in receipt of Plaintiff's letter dated April 23, 2026, requesting to extend previous deadlines.  ECF No. 17.  The relief requested in the letter is **GRANTED**.  Plaintiff's opening brief is due by **May 25, 2026**; the Government's brief is due by **June 24, 2026**; and Plaintiff's reply is due by **July 8, 2026**.

**SO ORDERED.**

Dated: April 27, 2026
     New York, New York

                                                    Henry J. Ricardo
                                                 United States Magistrate Judge