UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CASTILLO,

                  Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY.,

                Defendant.

25 CIVIL 10504 (HJR)

# **JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated June 3, 2026, the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings, including offering the plaintiff an opportunity for a new hearing, and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York
          June 3, 2026

                                    **TAMMI M. HELLWIG**
                                       **Clerk of Court**

**BY:**

                                     **Deputy Clerk**